IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR308 |
| | ) | |
| v. | ) | |
| | ) | |
| DAMIAN JACKSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Defendant Damian Jackson appeared before the Court on June 20, 2012, for the purposes of Final Disposition on the Petition for Offender under Supervision filed December 21, 2011 (Filing No. 57). Defendant was represented by counsel, D.C. (Woody) Bradford. Plaintiff was represented by David M. Wear.

Defendant admitted to Allegations Nos. 1 and 2 in said Petition. Defendant's admissions to the Allegations in the Petition are accepted and defendant's Supervised Release is hereby revoked.

IT IS ORDERED:

1) Defendant is hereby committed to the Bureau of Prisons for a term of one year; said term of imprisonment shall run concurrently with the sentence imposed by the State of Nebraska which defendant is currently serving.

2) Defendant shall be given credit for time served since May 14, 2012.

3) Upon completion of imprisonment, defendant shall be placed on Supervised Release for a term of forty-eight (48) months on the same terms and conditions as previously imposed, with one additional condition that defendant reside at the Williams Prepared Place and complete the program implemented by the facility.

DATED this 2nd day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____